**FILED**

December 28, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                           )<br>           Plaintiff,                              )<br>v.                                                       )<br>                                                           )<br>ZHI YONG LIN,                                )<br>                                                           )<br>           Defendant.                         )<br>_____) | Case No. CR.S-07-0025-EJG<br><br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ZHI YONG LIN, Case No. CR.S-07-0025-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: 190,000.00.

   ___    Unsecured Appearance Bond

   _X_    Appearance Bond with Surety

   _X_    (Other) Conditions as stated on the record.

   _X_    (Other) The defendant is ordered released forthwith upon signing the Agreement to Forfe

Property form.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/28/09  at 2:35pm.

By _____
Edmund F. Brennan
United States Magistrate Judge