FILED
OCT 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KHIN "KENNY" UNG, ZHI YONG LIN,

    Defendants.
_____/

CR. NO. S-07-0025 EJG

ORDER VACATING TRIAL DATE AS TO DEFENDANT ZHI YONG LIN

    This case is set for jury trial to commence before the undersigned October 31, 2011.  A trial confirmation hearing was held October 7, 2011 at which all parties were present except defendant Zhi Yong Lin, who failed to appear.  A no-bail bench warrant was issued for defendant Lin.  As of today's date, October 14, 2011, the warrant has not been returned.  Defendant Lin's counsel, Scott Sugarman, has sent a letter to the court requesting that the trial date be vacated as to his client.  Citing defendant's disappearance, Mr. Sugarman states it is "unlikely that I could be prepared for trial even if [defendant Lin] were apprehended or surrendered today as I have not been able to confer with him for some time."  Letter to court, attached as Exhibit "A".

1  The request to vacate the jury trial as to defendant Zhi
2  Yong Lin, *only*, is GRANTED.  The trial will proceed on the date
3  and time previously set, October 31, 2011, at 8:30 a.m., with
4  defendant Khin Ung.
5  IT IS SO ORDERED.
6  Dated: October 14, 2011

EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2



Zhi Yong Lin

Scott Sugarman   t o   'CLydon@caed.uscourts.gov'          10/13/2011 10:04 AM

Cc: "'Coppola, Heiko (USACAE)'"

10/13/11

Re; Zhi Yong Lin

Colleen

I am the attorney for Zhi Yong Lin, with a trial date of October 31, 2011.

I have spoken to AUSA Coppola this morning. Neither I nor he has heard from my client nor heard of his arrest. The court has already issued a warrant for my client's arrest based on his failure to appear on October 7th. At this point, it is exceedingly unlikely that I could be prepared for trial even if my client were apprehended or surrendered today as I have not been able to confer with him for some time. The government continues to provide discovery to defense counsel.

I ask that the court vacate the trial date as to my client. I would rather save myself a long ride from San Francisco to your court if I can do so.

Please let me know.

Thank you.

Scott A. Sugarman
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, Ca. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

East Bay Office
Sugarman & Cannon
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958

EXHIBIT "A"