SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
ZHI YONG LIN

FILED
MAR 15 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. CR 2:07-0025 EJG
                                    )
           Plaintiff,               )
                                    )   UNOPPOSED APPLICATION OF
    v.                              )   SCOTT A. SUGARMAN TO
                                    )   WITHDRAW AS COUNSEL FOR
ZHI YONG LIN,                       )   DEFENDANT ZHI YONG LIN and
                                    )   [proposed] ORDER
           Defendant.               )

Undersigned counsel entered a general appearance as counsel for defendant Zhi Yong Lin in December 2009. Undersigned counsel remained as counsel for defendant Zhi Yong Lin until this Court's Trial Confirmation Conference on October 7, 2011. Mr. Lin did not appear in court on that date, and this Court issued a warrant for his arrest. This Court subsequently vacated the trial date of October 31, 2011 set for Mr. Lin, though another defendant proceeded to trial on that date before this Court.

Six months have now passed since the Trial Confirmation Hearing and the issuance of the arrest warrant for Zhi Yong Lin. Undersigned counsel has not heard from Mr. Lin. Undersigned

counsel can not assist Mr. Lin. Undersigned counsel seeks leave of this Court to withdraw as counsel in this matter for Mr. Lin.

Undersigned counsel has discussed this Application to be relieved as counsel for Mr. Lin with Assistant United States Attorney Heiko Coppola. Mr. Coppola told undersigned counsel that he has no objection to undersigned counsel being relieved as counsel for Mr. Lin.

For the reasons set forth above, and based on the files and records in this case, undersigned counsel moves to be relieved as counsel for defendant Zhi Yong Lin.

DATE: March 14, 2012                                Respectfully submitted,

/s/
Scott A. Sugarman

GOOD CAUSE APPEARING, the application of Scott A. Sugarman to withdraw as counsel for defendant Zhi Yong Lin in the above-entitled action is GRANTED, and he is relieved as counsel for Zhi Yong Lin.

SO ORDERED.

DATE: 3/14/12

EDWARD J. GARCIA
Senior U.S. District Judge