PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00025-14 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| ZHI YONG LIN, | DATE: October 17, 2016 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 17, 2016.

2. By this stipulation, defendant now moves to continue the status conference until November 14, 2016, and to exclude time between October 17, 2016, and November 14, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 3000 pages of agent reports, documents, and other evidentiary items. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government is in the process of copying a number of videos and photographs that

will be produced to the defendant in the coming weeks.  Additionally, on October 10, 2016, the defendant requested additional discovery materials from the government, including, among other things, witness testimony from the trial of a co-defendant in this case that occurred in approximately 2011, which will take time to obtain and provide.

  b) Counsel for defendant desires additional time to consult with the defendant about the current charges, to perform research related to the charges and the potential immigration consequences therefrom, to review the discovery already provided and that which is forthcoming, and to perform further investigation related to the charges.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2016 to November 14, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  October 11, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney


                                             /s/ HEIKO P. COPPOLA
                                            HEIKO P. COPPOLA
                                            Assistant United States Attorney


Dated:  October 11, 2016                     /s/ MICHAEL LONG
                                            MICHAEL LONG
                                            Counsel for Defendant
                                            ZHI YONG LIN


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 11, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE