1 PHILLIP A. TALBERT
Acting United States Attorney
2 HEIKO P. COPPOLA
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00025-14 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| ZHI YONG LIN, | DATE: November 14, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2016.

2. By this stipulation, defendant now moves to continue the status conference until December 12, 2016, and to exclude time between November 14, 2016, and December 12, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 3000 pages of agent reports, documents, photographs, videos and other evidentiary items. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, on October 10, 2016, the defendant requested

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

additional discovery materials from the government, including, among other things, witness testimony from the trial of a co-defendant in this case that occurred in approximately 2011. The United States is still awaiting receipt of several transcripts from the 2011 trial. On November 14, 2016, counsel for the defendant and the United States met and conferred regarding discovery. Defense counsel made additional discovery requests of the United States during this meeting related to cooperating witnesses and documentary evidence which will take some time to gather and produce.

  b) Counsel for defendant desires additional time to consult with the defendant about the current charges, to perform research related to the charges and the potential immigration consequences therefrom, to review the discovery already provided and that which is forthcoming, and to perform further investigation related to the charges.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2016 to December 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 9, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: November 9, 2016

/s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
ZHI YONG LIN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 10, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE