UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


FILED
APR 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0025-14 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **ZHI YONG LIN,** ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **ZHI YONG LIN** Case CR S-07-0025-14 WBS from custody for the following reasons:

- ___ Release on Personal Recognizance

- ___ Bail Posted in the Sum of _____

- ___ Unsecured bond

- ___ Appearance Bond with 10% Deposit

- ___ Appearance Bond secured by Real Property

- ___ Corporate Surety Bail Bond

- **X** (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on April 24, 2017 at 10 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing